**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――――

**No. 00-6999**

―――――――――――――

KEITH WILLIAM DEBLASIO; KEVIN A. EGGLESTON,

Plaintiffs - Appellants,

and

DONALD WELLS; S. BATTS; D. WILSON; D. MCBRIDE;
JOHN HARRIS; ERIC HOBBS; NASH; DONALD WAYNE
PEERY; STEVEN C. WHISENANT; WALTER EPPS;
WESLEY HAMMOND; CLARENCE W. TERRY; THOMAS
ALEXANDER; DERRICK K. JONES,

Plaintiffs,

versus

GENE M. JOHNSON, Deputy Director, Virginia
Department of Corrections; RON ANGELONE, Di-
rector, Virginia Department of Corrections; W.
P. ROGERS, Regional Director, Virginia Depart-
ment of Corrections; C. D. LARSON, Warden,
Lunenburg Correctional Center; CAROL WALLACE,
Associate Warden of Operations, Lunenburg
Correctional Center; JERRY R. TOWNSEND, Major,
Lunenburg Correctional Center; sued in their
individual and official capacities; VIRGINIA
DEPARTMENT OF CORRECTIONS,

Defendants - Appellees.

KEITH WILLIAM DEBLASIO; DONALD WELLS; S. BATTS; D. WILSON; ERIC HOBBS; KEVIN A. EGGLESTON; THOMAS ALEXANDER; DERRICK K. JONES; KIP EDWARD BAILEY, SR.; ARTIE HATHAWAY; JAMES R. KIRBY,

Plaintiffs - Appellants,

and

WALTER EPPS,

Plaintiff,

versus

GENE M. JOHNSON, Deputy Director, Virginia Department of Corrections; RON ANGELONE, Director, Virginia Department of Corrections; W. P. ROGERS, Regional Director, Virginia Department of Corrections; C. D. LARSON, Warden, Lunenburg Correctional Center; CAROL WALLACE, Associate Warden of Operations, Lunenburg Correctional Center; JERRY R. TOWNSEND, Major, Lunenburg Correctional Center; sued in their individual and official capacities; VIRGINIA DEPARTMENT OF CORRECTIONS,

Defendants - Appellees,

versus

KAREEM HARRIS,

Movant - Appellant.

## No. 00-7706

KEITH WILLIAM DEBLASIO; DONALD WELLS; S.
BATTS; D. WILSON; ERIC HOBBS; KEVIN A.
EGGLESTON; THOMAS ALEXANDER; DERRICK K. JONES;
KIP EDWARD BAILEY, SR.; ARTIE HATHAWAY; JAMES
R. KIRBY,

Plaintiffs - Appellants,

and

IRA WAYNE MADISON,

Plaintiff,

versus

RONALD J. ANGELONE, Director, Virginia Depart-
ment of Corrections; GENE JOHNSON, Director,
Virginia Department of Corrections; DAVID A.
GARRAGHTY, Warden, G.R.C.C.; G.R.C.C. STAFF
AND SECURITY,

Defendants - Appellees,

versus

KAREEM HARRIS,

Movant - Appellant.

## No. 00-7707

KEITH WILLIAM DEBLASIO; DONALD WELLS; S.
BATTS; D. WILSON; ERIC HOBBS; KEVIN A.
EGGLESTON; THOMAS ALEXANDER; DERRICK K. JONES;

3

KIP EDWARD BAILEY, SR.; ARTIE HATHAWAY; JAMES
R. KIRBY,

                                        Plaintiffs - Appellants,

        and

RICHARD GUTHRIE; DERRICK D. STEELE; CASHA S.
AL; UHURU NASHEED,

                                        Plaintiffs,

        versus

GENE   M.   JOHNSON,   Deputy   Director;   RONALD
ANGELONE, Director; K.V. BONNER, Unit Manager,

                                        Defendants - Appellees,

        versus

KAREEM HARRIS,

                                        Movant - Appellant.

---

**No. 00-7708**

---

KEITH   WILLIAM   DEBLASIO;   DONALD   WELLS;   S.
BATTS;   D.   WILSON;   ERIC   HOBBS;   KEVIN   A.
EGGLESTON; THOMAS ALEXANDER; DERRICK K. JONES;
KIP EDWARD BAILEY, SR.; ARTIE HATHAWAY; JAMES
R. KIRBY,

                                        Plaintiffs - Appellants,

        and

I-TAL RASTAFARIAN COMMUNITY; LIAN J. ROSS,

                                        Plaintiffs,

4

versus

RON ANGELONE,

Defendant - Appellee,

and

RON DE'ANGELO, Director, Virginia Department
of Corrections,

Defendant,

versus

KAREEM HARRIS,

Movant - Appellant.

No. 00-7709

KEITH WILLIAM DEBLASIO; DONALD WELLS; S.
BATTS; D. WILSON; ERIC HOBBS; KEVIN A.
EGGLESTON; THOMAS ALEXANDER; DERRICK K. JONES;
KIP EDWARD BAILEY, SR.; ARTIE HATHAWAY; JAMES
R. KIRBY,

Plaintiffs - Appellants,

and

T. UNDERSTANDING ALLAH,

Plaintiff,

versus

R. ANGELONE, Director, Virginia Department of
Corrections,

5

Defendant - Appellee,

versus

KAREEM HARRIS,

Movant - Appellant.

———————

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge. (CA-99-1818-AM, CA-99-1859-AM, CA-00-18-AM, CA-00-170-AM, CA-00-211-AM)

———————

Submitted: May 29, 2001                    Decided: June 27, 2001

———————

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Keith William DeBlasio, Kevin A. Eggleston, Donald Wells, S. Batts, D. Wilson, Eric Hobbs, Thomas Alexander, Derrick K. Jones, Kip Edward Bailey, Sr., Artie Hathaway, James R. Kirby, Kareem Harris, Appellants Pro Se.  Pamela Anne Sargent, Assistant Attorney General, Rick Randall Linker, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal the district court's order granting summary judgment in favor of the Defendants in their civil action challenging Division Operating Procedure 864—a prison grooming policy requiring that male inmates' hair not be more than one inch in thickness/depth and prohibiting beards. We have reviewed the record and the district court's opinion, along with the Appellants' numerous allegations of error, and find no reversible error. Accordingly, we affirm on the reasoning of the district court. DeBlasio v. Johnson, Nos. CA-99-1818-AM; CA-99-1859-AM; CA-00-18-AM; CA-00-170-AM; CA-00-211-AM (E.D. Va. June 26, 2000; Oct. 30, 2000). We deny Appellants' pending motions for appointment of counsel and further case consolidation. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

7